

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2023

No. 04-22-00647-CV

**IN RE** Denise Marie **RAMOS**

Original Mandamus Proceeding[1]

**ORDER**

On September 30, 2022, relator filed a petition for writ of mandamus. On October 18, 2022, we requested responses from the trial court and real party in interest. No responses were filed.

We **CONDITIONALLY GRANT IN PART AND DENY IN PART** the petition for writ of mandamus. We order the Honorable Laura Salinas to, within fifteen days of this order, vacate the following terms in the August 30, 2022 "Order on Motion for Severance and Removal of Les Pendis [sic]":

- "IT IS ORDERED that the Jury Trial set for August 1, 2022, on the common law fraud claim of the Plaintiff and the claim of the Defendant are abated and postponed until the Appellate Court has ruled on the severed causes of action asserted by DENISE MARIE RAMOS, Petitioner, relating to common law marriage, breach of contract, real estate fraud and quantum meruit pet sitting [sic].
- IT IS FURTHER ORDERED that the remaining claim for common law fraud by Plaintiff and the claim of the Defendant are abated util [sic] after the conclusion of the appeal of the severed claims."

*See* TEX. R. APP. P. 52.8(c).

All additional relief requested by relator is **DENIED**.

The writ will issue only if we are informed that the trial court has failed to comply with this order.

---

[1] This proceeding arises out of Cause No. 2018-CI-21009, styled *In the Matter of the Marriage of Denise Marie Ramos and Reynaldo Esparza Jr*, pending in the 407th Judicial District Court, Bexar County, Texas. The Honorable Laura Salinas signed the order at issue.

It is so **ORDERED** on January 18, 2023.

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2023.

Michael A. Cruz, Clerk of Court